# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0546.  JIMMY L. GILES v. THE STATE.**

On July 10, 2015, the trial court denied Jimmy Giles's motion to vacate an illegal conviction.  On August 13, 2015, Giles filed an application for discretionary appeal from this ruling.  We lack jurisdiction.

First, a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Giles is not authorized to collaterally attack his convictions in this manner, this appeal must be dismissed.  See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010).

Second, the application is untimely. An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Giles filed his application 34 days after entry of the order he seeks to appeal.

For these reasons, this untimely application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*